"Without Prejudice"

May 14th 2021

Priority Mail

**D&K Suit City, LLC.**
**Attn: Legal Department Justin Karam**
4570 C Memorial Drive
Decatur, GA 30032

Subject: Demand Letter TCPA and Do Not Call Violations

   This is an attempt to mitigate this matter and avoid the court. I've included my lawsuit that I will file if we cannot settle this issue. Your company has violated federal law as well as the do not call rules of the TCPA by automatically texting my phone number at (678) 650-3733

Damages are 500 for each of the 110 calls for automatically texting my cellphone and 1500 each for the "do not call" violations. The best way to reach me is by email "rrfrank12@hotmail.com.

 If you wish to resolve this matter without court litigation, I am willing to settle in the amount of $75,500.00 dollars.

   I am open to a reasonable counteroffer! However, if I do not hear from your company within 10 days of receipt of this notice, I will aggressively pursue remedy with the Courts.

   Look forward to resolving this matter promptly.

                                                   Respectfully submitted,

                                                  /s/Ricky R. Franklin

                                                  rrfrank12@hotmail.com.

**EXHIBIT I**