DOCUMENTS ASSOCIATED WITH CIVIL
CASES PENDING IN THE UNITED STATES
DISTRICT COURT NORTHERN DISTRICT OF GEORGIA



## I. INTIAL DISCLOSURES

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **RICKY R. FRANKLIN** | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No.1-21-cv-02608-SDG |
| v. | § | |
| | § | |
| D & K Suit City, LLC, | § | |

### PLAINTIFF'S INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a) Plaintiff, Ricky R. Franklin (hereinafter "Plaintiff") hereby makes his initial disclosures. Plaintiff reserves the right to modify or supplement these materials as discovery proceeds.

**(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and succinct statement of the legal issues in the case.**

In this matter, Plaintiff seeks final judgment against Defendant D & K Suit City, LLC ., (hereinafter, "DKS") and all equitable causes of action related to actual and statutory damages for violations of the Telephone Consumer Protection Act (hereinafter, "TCPA"), 47 U.S.C. § 227 *et seq.*

**(2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.**

Violation of 47 U.S.C. § 227(a)(1), and 47 U.S.C. 227(b)(1)(A)(iii) prohibits the use of auto-dialers to make any call to a wireless number in the absence of an emergency or the prior express consent of the called party. Using prohibited equipment and without prior express written consent, the Defendant DKS, contacted the Plaintiff over 110 (One Hundred-ten) times by means of artificial pre-recorded voice messages to a cellphone or pager in violation of 47 U.S.C. 227(b)(1)(A)(iii). Additionally, Defendant FSN violated 47 U.S.C. § 227(c)(5) which prohibits "person[s] or entit[ies] [from] initiat[ing] any call for telemarketing purposes to a residential telephone subscriber unless [the] person or entity has instituted [certain listed] procedures for maintaining" a do-not-call list. 47 C.F.R. § 64.1200(d).

**(3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

2

The Plaintiff at this time believes the following witnesses may have discoverable information relating to the material facts supporting his allegations, including: the representations, misrepresentations, and omissions Defendants made in connection with Plaintiff's claims:

Ricky Franklin
708 Brambling Way
Stockbridge, GA 30281

D&K Suit City, LLC
4570 C Memorial Drive
Decatur, GA 30032.

Unknown Mobile Marketing Company
Unknown address

**(4) Provide the name of any person who may be used at trial to present evidence under rules 702, 703, 0r 705 of he Federal Rules of Evidence. For all experts described in Fed.R.Civ.P 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule.**

Plaintiff has not yet determined who, if anyone, she will call as an expert witness in this matter. Once such a determination is made, Plaintiff will forward any such expert reports to the Defendants as provided by the Federal Rules of Civil Procedure and the scheduling order(s) of this Court.

**(5) Provide a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to**

3

Case 1:21-cv-02608-SDG   Document 10   Filed 08/23/21   Page 4 of 7

**support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

The following documents are in the possession, custody, or control of the Plaintiff and may be used to support the allegations in the Complaint.

a) Mitigation Letter to Defendant DKS
b) Text messages to Plaintiffs cellphone
c) Do not Call Registration

**(6) In the space provided below, provide a computation of any category of damages claimed by the disclosing party, making available for inspection and/or as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosures, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Plaintiff seeks a final judgment against the Defendant and all equitable causes of action related to said violations of the Telephone Consumer Protection Act. The damages sought by the Plaintiff are identified with specificity in the Plaintiff's Complaint and are subject to further amendment during the ongoing course of discovery. Plaintiff contends that the Defendant is liable for violating the TCPA by not adhering to the rules set forth by Congress. Total amount are $500.00 - for each and every call, totaling in an amount of $55,000.00 in statutory damages; and damages $1500.00. for 47 U.S.C. § 227(c)(5) by violating the "do-not-call list" totaling $165,000.00. Plaintiff is open to a reasonable counteroffer.

**(7) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be**

4

**entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Plaintiff is not aware of any insurance that is relevant to this matter. Plaintiff reserves its right to supplement or amend this disclosure statement.

**(8) Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiffs cause of action and state the basis and extent of such interest.**

Ricky Franklin, *Pro Se*
708 Brambling Way
Stockbridge, GA 30281
678-650-3733

Respectfully Submitted,

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281
(678-650-3733)
rrfrank12@hotmail.com

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent via electronic mail as agreed upon pursuant to Fed R. Civ. P. 5 on August 20, 2021, to Defendant's Counsel listed below:

**PEBLAW, PC**

**Jonathan H. Fain, Esq**

**66 Lenox Pointe, NE**

**Atlanta, Georgia 30324**

**law@peblawpc.com**
**T:404-261-6020**
**F: 404-261-3646**

**COUNSEL FOR DEFENDANT D&K Suit City, LLC**

Plaintiff, Pro-Se

*/s/ Ricky R. Franklin*
Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281

Ricky Franklin
708 Brambling Way
Stockbridge, GA 30281



Clerk of Court
2211 U.S. Courthouse
75 Ted Turner Dr, SW
Atlanta, GA 30303