# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN,<br><br>　　Plaintiff,<br><br>　　　　　　v.<br><br>D & K SUIT CITY, LLC,<br><br>　　Defendant. | Civil Action No.<br>1:21-cv-02608-SDG |

## SCHEDULING ORDER

After reviewing the Joint Preliminary Report and Discovery Plan completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court.

**SO ORDERED** this the 30th day of August 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Steven D. Grimberg
　　　　　　　　　　　　　　　　　　　United States District Court Judge